IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| WESTERN WORLD INSURANCE COMPANY, | : : : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:13-CV-58 (WLS) |
| | : | |
| NATHAN LUTZ, SOUTHERN TREE SERVICES, INC., and LATANYA NIKKOLE WESTON, as Administratrix of the Estate of James Eugene Wilson, deceased, | : : : : : | |
| Defendants. | : : | |

**ORDER**

Presently pending is Petitioner's Motion to Compel Discovery, filed pursuant to Federal Rule of Civil Procedure 37(a). (Doc. 18.) Therein, Petitioner moves the Court for an order compelling Defendants to respond to Petitioner's First Interrogatories to Nathan Lutz and First Requests for Production to Southern Tree Services. (*Id.*) Defendants were given an extension through to April 14, 2014, to provide discovery responses. (Doc. 18-1 at 2-3.) Based on the information provided to the Court, no responses have been filed to date. (*See* Docket.) Additionally, Defendants have not filed a response in opposition to Petitioner's Motion. (*Id.*) Therefore, because the Court finds that Petitioner has satisfied the good-faith requirement of Rule 37(a)(1), and Defendants have not offered any objection to Petitioner's motion, Petitioner's Motion to Compel Discovery (Doc. 18) is hereby **GRANTED**. Defendants are **ORDERED** to serve their responses to all written discovery **not later than Thursday, July 3, 2014**. Petitioner may move for attorney's fees by motion filed within **fourteen (14) days** of entry of this Order.

1

**SO ORDERED**, this  12th  day of June 2014.

        /s/ W. Louis Sands
        **W. LOUIS SANDS, UNITED STATES DISTRICT COURT**